

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MAWIYAH REESE, | § | No. 08-22-00137-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law #2 |
| HOUSING AUTHORITY OF THE CITY OF AUSTIN-PATHWAYS ASSET MANAGEMENT, | § | of Travis County, Texas |
| | § | (TC# C-1-CV-22-001293) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF AUGUST, 2022.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.